UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACQUELINE CRIBBS

CASE# 3:21-CV-889-MMH-MCR

-vs-
STATE OF FLORIDA
C/O HONORABLE
JUDGE MICHAEL
SHARIT

FILED 2021 SEP -7 PM 1:22
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

## Complaint

**1**

PLAINTIFF A RESIDENT OF CLAY COUNTY MIDDLEBURG FLA LIVES AND RECIEVES MAIL AT 3158 WAVERLONG LANE MIDDLEBURG, FLA 32068 AND IS SUBJECT TO VENUE AND JURISDICTION OF THIS HONORABLE COURT

**2**

DEFENDANT HONORABLE CIRCUIT COUNTY JUDGE MICHAEL SHARIT, A CIRCUIT COUNTY JUDGE FOR THE 4TH JUDICIAL CIRCUIT FOR THE STATE OF FLORIDA WORKS AT THE CLAY COUNTY COURTHOUSE 825 NORTH ORANGE AVE, GREEN COVE SPRINGS FLA 32043

**3**

COMES NOW PLAINTIFF AND STATES THIS THE COMPLAINT AS FOLLOWS TO WIT:

This Court is very familiar with this case as it clearly involves the Congression Act of 1974 for Immunity from Prosecution

IN July 2021 I went to the Duval County Courthouse and filed 3 Enjunctions on people that live in the house where I live! I rent a room in a rooming house! 3 people broke into my room with weapons and threatened my life. Not once but twice demanded that I prostitute myself and bring them the money for their drugs - I refused!

The Defendant refused to issue an Enjunction and thereby Recklessly endangering my life

The Defendant Due to his actions has waived his rights to Immunity from prosecution

A Judge has Immunity from prosecution as long as they remain in the scope of their Job -

This Judge Recklessly endangered my life By denying the Emergency order

It is the Duty of the Judge and the Court to protect people like me

As a direct result of Defendant failing to protect me by denying the orders I was attacked and sustained head trauma and a swollen Jaw

The Relief Plaintiff is asking from this Honorable Court is

1) Defendant be removed from his job before he endangers anyone else

2) An order to all Clay County Judges to issue the Emergency orders I need to be protected (This Plaintiff will be refile for T.R.O.'s)

3) One million dollars for undue stress caused by Defendant

4) A Trial by Jury

STATE

THIS PLAINTIFF IS ENTITLED TO RELIEF ON THE FOLLOWING GROUNDS

1) Defendant DJC will sullen with malious intent endanger this plaintiff by refusing to sign the emergency orders

2) In the interest of justice this defendant must be removed from his job before he can endanger anyone else

Wherefore plaintiff implores this honorable court to grant relief

Jacqueline Cubb   PRO SE
SIGNATURE   9-7-2021

MAILING ADDRESS
1815 Beccottes ST.
SUITE 1B
JAY, FLA 32209